# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  20-CR-3145-AJB |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT** |
| JOSEPH ABRAHAM ZUNIGA, | |
| Defendant. | |

This matter comes before the Court upon the application of the United States of America to dismiss the Indictment without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure.  For reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the United States' application to dismiss the Indictment without prejudice is GRANTED.

IT IS SO ORDERED.

Dated:  March 17, 2021

Hon. Anthony J. Battaglia
United States District Judge